UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:95-cr-00119-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **GERALD DAMONE HOPPER,** | ) | |
| | ) | |
| Defendant. | ) | |

      **THIS MATTER** is before the court on defendant's Motion for Access to Judicial Documents. Specifically, defendant seeks a copy of an exhibit introduced by his co-defendant's attorney at a suppression hearing in January 1996. Review of the court's docket does not reveal that the court took possession of any such exhibit. Further, since at least 1996, the court has not been a repository for exhibits, as demonstrated by this court's Order entered immediately before defendant's trial in 1996:

> 95    ORDER as to Gerald Damone Hopper, Hassaan Haakim Rashaad, (Thomas Wiseman, Jr.) - parties are directed to maintain all exhibits during trial, after trial, and during appeal period. The clerk is relieved of all responsibility for said exhibits. (ssh) (Entered: 05/16/1996)

United States v. Rashaad, et al., 3:95cr119. Thus, the document defendant seeks is not in this court's possession.

      The court also notes that this is the second time defendant has asked this court for the same document, the first time being April 3, 2000. See Motion (#173). That motion was denied, see Margin Order (#174), which was, on defendant's request, subsequently reduced to a separate Order (#177).

Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's Motion for Access to Judicial Documents (#210) is **DENIED** as such document does not exist in the court's docket.

Signed: 3/7/2014

Max O. Cogburn Jr.
United States District Judge