UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:95-cr-00119-TAW

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **GERALD DAMONE HOPPER,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on defendant's March 2, 2014, letter, which is nearly identical to his previous motion for a copy of an exhibit. Again, defendant is advised that such document is not in the court's possession as exhibits are maintained by the party that submitted the exhibit, not the court. This motion is again denied.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's March 2, 2014, letter, considered to be a Motion for Reconsideration (#212) of the previous Order is **DENIED**.

Signed: 3/24/2014

Max O. Cogburn Jr.
United States District Judge