**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:95-cr-119-MOC**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | )<br>) |
| vs. | )<br>) **ORDER** |
| **GERALD DAMONE HOPPER,** | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER** is before the Court on Defendant's Motion to Review Magistrate Judge Order re: Order on Violation Report, filed through counsel. (Doc. No. 246).

**ORDER**

**IT IS, THEREFORE, ORDERED** that within 20 days the Government shall file a response to Defendant's motion.

Signed: May 17, 2022

Max O. Cogburn Jr.
United States District Judge