UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:95-cr-119-MOC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| **GERALD DAMONE HOPPER,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Defendant's pro se request for relief under FED. R. CIV. P. 60(b). (Doc. No. 293).

**ORDER**

**IT IS ORDERED** that within 20 days the Government shall file a response to Defendant's motion.

*[signature]*
Max O. Cogburn Jr
United States District Judge

1